IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHAEL COVINGTON,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0241

Opinion filed April 4, 2016.

Petition for Belated Appeal – Original Jurisdiction.

Bruce A. Miller, Public Defender, and W. Timothy Weekley, Assistant Public Defender, Milton, for Petitioner.

Pamela Jo Bondi, Attorney General, David Llanes and Donna A. Gerace, Assistant Attorneys General, Tallahassee, for Respondent.

PER CURIAM.

    Petitioner is granted a belated appeal of the December 15, 2015, judgment and sentence in Santa Rosa County Circuit Court case number 57-2014-CF-001634-CF-AXMX.  Upon issuance of mandate in this cause, a copy of this opinion shall be provided to the clerk of the circuit court for treatment as the notice of appeal.

App. P. 9.141(c)(6)(D).  If petitioner qualifies for appointed counsel, the trial court shall appoint counsel to represent petitioner on appeal.

LEWIS, THOMAS, and MAKAR, JJ., CONCUR.